IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG DIVISION

LEONA M. WEST,

        Petitioner/Movant,

v.                             CIVIL ACTION NO. 6:04-0455
                               (Criminal No. 6:03-00001)

UNITED STATES OF AMERICA,

        Respondent.

**MEMORANDUM OPINION AND ORDER**

      Pending before the court is the petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence [Docket 28]. This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the court deny the petitioner's § 2555 motion.

      Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge, and **DENIES** both the petitioner's § 2255 motion and her amended motion.

      The court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Stanley, counsel of record, and any unrepresented party.

                                       ENTER:        October 4, 2005

                                       JOSEPH R. GOODWIN
                                       UNITED STATES DISTRICT JUDGE